UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MILDRED MARSH,

    Plaintiff,

vs.    CASE NO. 3:05-cv-808-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.
_____

**O R D E R**[1]

This cause is before the Court on the Unopposed Motion for Entry of Judgment with Remand (Doc. #10; Motion), filed on November 22, 2005. Defendant requests that the case be remanded for various reasons set forth in the Motion. *See id.* at 1. The Commissioner asserts the cause should "be reversed and remanded under sentence four of 42 U.S.C. § 405(g) (dealing with judicial review of benefit determinations)[.]" *Id.* at 2. It is represented counsel for Plaintiff has no objection to the Motion, *id.* at 1, and such a disposition is clearly within the Court's authority. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

Accordingly, the Motion (Doc. #10) is **GRANTED**, and the Clerk of the Court is directed to enter judgment **REVERSING AND REMANDING**

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. Notice, Consent, and Order of Reference - Exercise of Jurisdiction by a United States Magistrate Judge (Doc. #7), filed on November 9, 2005.

this case pursuant to sentence four of 42 U.S.C. § 405(g) with instructions for the Commissioner:

> to reconsider all of the medical source opinions in the record, including the opinion of Dr. Smith and the opinions of the state agency consultants, with an explanation of the weight accorded each opinion; reassess the credibility of Plaintiff's allegations, with specific references to the evidence that supports or undermines Plaintiff's subjective complaints; reassess Plaintiff's residual functional capacity, with due consideration given to the medical source opinions and Plaintiff's allegations; reassess whether Plaintiff can perform her past relevant work given her residual functional capacity and the demands of her past relevant work, in accordance with the regulations and rulings; and[,] if necessary, obtain testimony from a vocational expert to determine if Plaintiff can perform other work.

Motion at 1.

**DONE AND ORDERED** at Jacksonville, Florida this 22nd day of November, 2005.

                                               /s/          Howard T. Snyder
                                               HOWARD T. SNYDER
                                               UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any