UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MILDRED MARSH,

    Plaintiff,

vs.                      CASE NO. 3:05-cv-808-J-HTS

JO ANNE B. BARNHART,
Commissioner of Social
Security,

    Defendant.

### O R D E R

This cause is before the Court on Plaintiff's Uncontested Petition for Award of Attorney Fees Under the Equal Access to Justice Act (Doc. #13; Petition), filed on December 12, 2005. It is represented Defendant "has no objection to the amount sought by Plaintiff's counsel." *Id.* ¶ 6.

A total of 3 hours were expended in the representation of Plaintiff before the Court in 2005. *See id.* ¶ 8; *see also* Itemization of Time Social Security Claim, attached to the Petition as Exhibit A. Plaintiff seeks fees in the amount of $450.00. Petition ¶ 9. This is based on an hourly rate of $150.00. *Id.* ¶ 7. Costs of $250.00 are also sought. *Id.* ¶ 10.

Having reviewed the Petition and case file herein, the Court finds Plaintiff satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Thus, in light of the parties'

agreement, Plaintiff may reasonably be awarded $450.00 in attorney fees and $250.00 in costs.[1]

Accordingly, the Petition (Doc. #13) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $450.00 and costs of $250.00.

**DONE AND ORDERED** at Jacksonville, Florida this 13th day of December, 2005.

/s/        Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    *pro se* parties, if any

---

[1] The Court notes the total fee sought by Plaintiff is less than the amount allowed under the Equal Access to Justice Act, 28 U.S.C. § 2412, accounting for adjustments due to an increase in the cost of living. *See id.* § 2412(d)(2)(A). For the purpose of determining the rate of inflation, the Court viewed http://data.bls.gov/cgi-bin/cpicalc.pl (last visited December 13, 2005).